UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KIMBERLY TYRRELL,

                        Plaintiff,

vs.

ORKIN PEST CONTROL, ORKIN COMMERCIAL SERVICES and ROLLINS, INC.,

                        Defendants.

**Civil Action No.:**
6:12-cv-00537 (GTS/DEP)

## ORDER

Upon fulfilling the remaining requirements set forth in Local Rule 83.1 of the Northern District of New York, Daniel J. Gerber is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of Kimberly Tyrrell v. Orkin Pest Control, Orkin Commercial Services and Rollins, Inc., Civil Action No. 6:12-cv-00537 (GTS/DEP).

IT IS SO ORDERED

Dated: July __24__, 2012

                                            _____
                                            David E. Peebles
                                            U.S. Magistrate Judge

{H1817382.1}