UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY TYRRELL,<br><br>                        Plaintiff,<br>vs.<br><br>ORKIN PEST CONTROL,<br>ORKIN COMMERCIAL SERVICES<br>and ROLLINS, INC.,<br>                        Defendants. | **STIPULATION AND ORDER**<br><br>Civil Action No: 6:12-CV-0537<br>(GTS/DEP) |

**WHEREAS**, the Plaintiff commenced this action against the Defendants, claiming personal injuries as the result of an Orkin service provider's application of pesticides; and

**WHEREAS**, the Complaint incorrectly names "Orkin Pest Control" and "Orkin Commercial Services" as Defendants in this action; and

**WHEREAS** the proper party name for the Orkin entity at issue in this litigation is "Orkin, LLC"; and

**WHEREAS** Defendant Rollins, Inc. is not a proper party to this action; and

**WHEREAS** issue has been joined in the matter, but the parties mutually desire to name the proper party defendant and release any other party from this matter;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the undersigned, the attorneys of record for the parties to the above-entitled action, that

    1.    The Plaintiff's action against Defendant Rollins, Inc. shall be and hereby is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to any party; and

    2.    The caption shall be amended as follows to identify Orkin LLC as the proper party defendant:

{H1813304.1}

| | |
|---|---|
| KIMBERLY TYRRELL, Plaintiff, vs. ORKIN, LLC, Defendants. | Civil Action No: 6:12-CV-0537 (GTS/DEP) |

DATED: ~~August~~ Sept 19, 2012

**ANDERSON, MOSCHETTI & TAFFANY, PLLC**

By: _____
David J. Taffany, Esq. (Bar Roll No. 10271)
*Attorneys for Plaintiff*
26 Century Hill Drive / Suite 206
Latham, New York 12110
Telephone: (518) 785-4900

DATED: July 31, 2012

**HANCOCK ESTABROOK, LLP**

By: _____
Ashley D. Hayes, Esq. (Bar Roll No. 511333)
James P. Youngs, Esq. (Bar Roll No. 515029)
*Attorneys for Defendants*
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 565-4500

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: September 25, 2012

{H1813304.1}

2